1008

Charles T. KNAPP, Appellant, v. Henry H. TIMKEN, Appellee.

No. 7343.

Circuit Court of Appeals, Sixth Circuit.

Dec. 9, 1937.

Maxwell V. Beghtol, of Lincoln, Neb., and Davies & Eshner, of Cleveland, Ohio, for appellant.

Lynch, Day, Pontius & Lynch, of Canton, Ohio, and Tolles, Hogsett & Ginn, of Cleveland, Ohio, for appellee.

Before MOORMAN, HICKS, and SIMONS, Circuit Judges.

PER CURIAM.

The court being of opinion that no error was committed by the trial court in admitting or rejecting evidence offered on the hearing or in directing the jury to return a verdict for the defendant, it is ordered that the judgment be affirmed.

Mike J. LINDWAY v. Hon. Mell G. UNDERWOOD.

Ex parte: In the Matter of Mike J. LINDWAY, Petitioner.

No. 7882.

Circuit Court of Appeals, Sixth Circuit.

Dec. 13, 1937.

Wolf & Kruchkoff, of Cleveland, Ohio, for petitioner.

Before MOORMAN, HICKS and SIMONS, Circuit Judges.

PER CURIAM.

The motion for leave to file a petition for writ of mandamus directed to the Honorable Mell G. Underwood, United States District Judge, to compel him to allow an appeal and to grant a certificate of probable cause In re Mike J. Lindway, Cause No. 3755, in the District Court for the Southern District of Ohio, is denied.

LOUISVILLE TITLE MORTGAGE COMPANY, Individually, Title Insurance and Trust Company, Individually, and as Trustee, All Corporations, Appellants, v. LOUISVILLE STORAGE COMPANY, a Corporation, H. M. Denton, Thomas S. Dawson, Charles Schimpeler, Thomas B. Bullitt and F. J. Miller, Appellees.

No. 7354.

Circuit Court of Appeals, Sixth Circuit.

Jan. 7, 1938.

For opinion below, see 21 F.Supp. 897.

Elliot Lee Maddox and Andrew M. Sea, Jr., both of Louisville, Ky., for appellants.

H. M. Denton and Thomas S. Dawson, both of Louisville, Ky., for appellees.

Before MOORMAN and HICKS, Circuit Judges, and SWINFORD, District Judge.

PER CURIAM.

The order appealed from herein is affirmed.

Stewart McDONALD, Federal Housing Administrator, Appellant, v. B. G. GENTRY, Trustee, Rath Packing Company, Davis Produce Company, Cudahy Brothers, Dan Perkins Company, L. E. Lichford, Caskie Paper Co., Inc., M. W. Callaham & Sons, Inc., Callahan Produce and Grocery Co., Inc., Conner Produce Co., Neuhoff, Inc., and Mabel G. M. Goddard, Appellees.

In the Matter of SCOTT BROTHERS, a Partnership Composed of John R. Scott and Raymond L. Scott, Bankrupts.

No. 4251.

Circuit Court of Appeals, Fourth Circuit.

Oct. 26, 1937.

Joseph H. Chitwood, U. S. Atty., of Roanoke, Va., for appellant.

B. G. Gentry, of Lynchburg, Va., for appellees.

PER CURIAM.

Case dismissed under rule 20 in accordance with agreement of counsel.